IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LEE E. PRICE, III | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:22-CV-360-RAH-SMD |
| | ) |
| HOUSTON COUNTY JAIL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER and FINAL JUDGMENT**

Plaintiff, an inmate previously detained at the Houston County Jail, filed this 42 U.S.C. § 1983 action on June 13, 2022. Prior to service of an answer by the opposition, Plaintiff filed a motion wherein he requests dismissal of this case. (Doc. 14.) The Court considers the motion as a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which permits voluntary dismissal by a plaintiff "before the opposing party serves either an answer or a motion for summary judgment[.]" Under Fed. R. Civ. P. 41(a)(1)(B), such dismissal is "without prejudice."

Because the notice of dismissal comports with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against the named defendants have been dismissed by operation of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, on this the 26th day of July, 2022.

        /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE